UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 4:25-cv-40004-MRG

| | |
|---|---|
| CHARBEL GEORGE SLAYBI, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JACOB CHAMPOUX, | ) |
| JACOB MICK & | ) |
| MASSACHUSETTS STATE POLICE | ) |
| Defendants. | ) |

## STATEMENT NOTING DEATH OF DEFENDANT JACOB MICK

Counsel for Defendant Trooper Jacob Mick ("Defendant Mick") suggests upon the record, pursuant to Fed. R. Civ. P. 25(a)(1) the death of Defendant Trooper Jacob Mick on June 28, 2026, during the pendency of this action. See Exhibit A attached hereto.

Respectfully submitted,
JACOB MICK
By his attorney,

*/s/Elizabeth K. Keeley*
Elizabeth K. Keeley BBO# 669311
Butters Brazilian LLP
420 Boylston Street, 4th Floor
Telephone: (617) 367-2600
Fax: (617) 367-1363
Email: keeley@buttersbrazilian.com

### CERTIFICATE OF SERVICE

I, Elizabeth K. Keeley, hereby certify that I served a copy of the foregoing Statement Noting Death to all counsel of record, via ECF, on this 7th day of July, 2026 and I have mailed paper copies to the Plaintiff's address, as indicated in ECF No. 42.

*/s/ Elizabeth K. Keeley*
Elizabeth K. Keeley